FILED
CHARLOTTE, NC

MAR 19 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC



UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25-CR-67-KDB |
| | ) | |
| v. | ) | **BILL OF INFORMATION** |
| | ) | |
| | ) | Violation: |
| | ) | 18 USC § 111(a)(1) |
| ERIK DEZJHION TILLMAN | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(*Felony Assault, Resist, Oppose and Impede a Federal Officer*)

On or about November 8, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ERIK DEZJHION TILLMAN**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Senior Inspector E.T., an officer and employee of the United States Department of Justice, United States Marshals Service, while Senior Inspector E.T. was engaged in the performance of his official duties, with intent to commit another felony, to wit, felony fleeing to elude; in violation of Title 18, United States Code, Section 111(a)(1).

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY