Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ◉ NO     **DOCKET NUMBER:** 3:25-CR-67-KDB

(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)

| Field | Value |
|---|---|
| **CASE NAME** | US vs ERIK DEZJHION TILLMAN |
| **COUNTY OF OFFENSE** | MECKLENBURG |
| **RELATED CASE INFORMATION** | |
| Magistrate Judge Case Number | |
| Search Warrant Case Number | |
| Miscellaneous Case Number | |
| Rule 20b | |
| **SERVICE OF PROCESS** | IN CUSTODY |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty ◯ Misdemeanor ◉ Felony

18 U.S.C. §§ 111(a)(1)

**JUVENILE:** ◯ Yes ◉ No

| Field | Value |
|---|---|
| **ASSISTANT U. S. ATTORNEY** | David W. Kelly |
| **VICTIM/WITNESS COORDINATORS:** | Rutledge, Shirley |
| **INTERPRETER NEEDED** | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

(Maintain form in the Attorney Work Product folder / purge before archiving)