# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Erik Dezjhion TILLMAN

Case Number: 3:25-CR-67-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. § 111(a)(1) | N/A | Maximum term of 8 years imprisonment; maximum fine of $250,000; and maximum term of 3 years of supervised release. |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH
☐ DISCHARGE